**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JAYSON GERENA,

        Plaintiff,

vs.                                                                                 CASE NO. 6:07-CV-1540-ORL-19KRS

CATO ENVIRONMENTAL SERVICES,
INC., BRIAN CATO, LARA J. CATO,

        Defendants.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 76, filed March 19, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 76) is **ADOPTED and AFFIRMED.** The Settlement Agreements are hereby **APPROVED** as fair and reasonable resolutions of a bona fide dispute of the FLSA issues. Counsel for the Plaintiffs are hereby **ORDERED** to allocate any funds recovered from Defendants first to Plaintiffs, pro rated according to their respective recoveries, until Plaintiffs receive the agreed amounts, and only thereafter to attorney's fees and costs. Counsel for Plaintiffs is prohibited from withholding any portion of the amount payable to Plaintiffs under the settlement agreements pursuant to a fee agreement or otherwise. Additionally, counsel for Plaintiffs shall provide a copy of the Court's Order to each Plaintiff. The Court declines to reserve jurisdiction to enforce the settlement agreements and **DENIES as moot** Defendants' Motion to Strike the Opt-in Plaintiffs' consents (Doc. No. 54, filed September 12, 2008).

This case is **DISMISSED WITH PREJUDICE,** and the Clerk of the Court is

directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this __8th__ day of April 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record